UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVIN RICE,                                                    Case No. 25-11331

      Plaintiff,                                          F. Kay Behm
v.                                                                   U.S. District Judge

JESSICA KALMEWICKI, *et al.*,                       Kimberly G. Altman
                                                                     U.S. Magistrate Judge

      Defendants.
_____ /

**ORDER STRIKING OBJECTIONS TO**
**REPORT AND RECOMMENDATION (ECF No. 61)**

Magistrate Judge Altman issued a report and recommendation on

December 9, 2025 in this matter.  (ECF No. 60).  Plaintiff filed objections to the

report and recommendation totaling 124 pages in length, including exhibits

with additional objections.  (ECF No. 61).  Plaintiff's unduly prolix filing is not

permitted under the Local Rules.  Local Rule 72.1 provides that Local Rule 7.1

governs the form of objections, responses, and replies.  ED Mich. LR

72.1(d)(5).  Local Rule 7.1 provides that a brief may have a maximum page

limitation of 25 pages.  ED Mich. LR 7.1(d)(3).  Such a filing must also comply

with Local Rule 5.1, which requires, among other things, that the document

be double spaced.  ED Mich. LR 5.1(a)(2).  Plaintiff's objections failed to

conform to Local Rule 7.1(d)(3) and Local Rule 5.1(a)(2).  Accordingly, the

1

court **STRIKES** Plaintiff's objections without prejudice.  Within 14 days of

entry of this Order, Plaintiff may refile objections to the Magistrate Judge's

report and recommendation that do not exceed 25 pages in length and are

double spaced.  Objections set forth in attached exhibits will not be

considered by the court.

      **SO ORDERED**.

Date: February 12, 2026                     s/F. Kay Behm
                                               F. Kay Behm
                                               United States District Judge