UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVIN RICE,                                             Case No. 25-11331

      Plaintiff,                                      F. Kay Behm
v.                                                     U.S. District Judge

JESSICA KALMEWICKI, *et al.*,                          Kimberly G. Altman
                                                       U.S. Magistrate Judge

      Defendants.
_____ /

## **<u>JUDGMENT</u>**

In accordance with the Opinion and Order issued on March 26, 2026, the

case is DISMISSED.

    **SO ORDERED**.

Date: March 26, 2026                  <u>s/F. Kay Behm</u>
                                      F. Kay Behm
                                      United States District Judge

1