UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVIN RICE,

        Plaintiff,

v.

JESSICA KALMEWICKI, *et al.*,

        Defendants.

_____ /

Case No. 25-11331

F. Kay Behm
U.S. District Judge

Kimberly G. Altman
U.S. Magistrate Judge

## ORDER DENYING MOTION FOR LEAVE TO FILE SUR-REPLY (ECF No. 71)

On March 26, 2026, the court issued it's Opinion and Order Overruling

Objections and Accepting and Adopting the Magistrate Judge's Report and

Recommendation.  (ECF No. 73).  The court did so without realizing that

Plaintiff had filed a motion for leave to file "sur-replies" to Defendants'

responses to Plaintiff's objections on March 25, 2026.  (ECF No. 71).  A "sur-

reply" is not authorized under the Local Rules.  *See VanLeer v. McKinney*,

2025 WL 3517851, at *1 (E.D. Mich. Dec. 8, 2025) ("The general rule is that a

non-moving party has no right to respond to a reply brief, and thus the

applicable local rule does not allow for a sur-reply.") (citing  *Scottsdale Ins.*

*Co. v. Flowers*, 513 F.3d 546, 553 (6th Cir. 2008) and E.D. Mich. LR 7.1).

1

Here, Plaintiff never filed timely replies to Defendants' responses and thus, any additional briefing from Plaintiff in response to Defendants' response must be considered a late reply.  The court, therefore, construes Plaintiff's motion as one for leave to file late replies, since Plaintiff did not file timely reply briefs.  Plaintiff's replies to Defendants' responses were due seven days after the responses were filed, or on March 19, 20, and 21, 2026, respectively.  *See* E.D. Mich. LR 72.1(d)(4).  Plaintiff did not provide proposed reply briefs for the court's consideration and thus, the court is not inclined to grant the motion.  Accordingly, the motion to file late reply briefs is **DENIED**.

**SO ORDERED**.

Date: March 31, 2026              s/F. Kay Behm
                                  F. Kay Behm
                                  United States District Judge